# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:16-CR-00125-RJC-DCK

| | |
|---|---|
| USA, | ) |
|     Plaintiff, | ) |
| v. | ) **ORDER** |
| SULIMAN MALIK EL-AMIN, | ) |
|     Defendant. | ) |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 31), the Indictment, (Doc. No. 1), without prejudice, following his guilty plea to an Information filed in Case No. 3:16-cr-222.

**IT IS ORDERED** that the Government's motion, (Doc. No. 31), is **GRANTED** and the Indictment, (Doc. No. 1), is **DISMISSED** without prejudice.

Signed: September 23, 2016

_____
Robert J. Conrad, Jr.
United States District Judge